UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES JERONE GARLAND                                                                          PLAINTIFF

V.                                                CIVIL ACTION NO. 3:19-CV-592-KHJ-LGI

KOSCIUSKO SCHOOL DISTRICT                                                       DEFENDANT

ORDER

Before the Court is Mississippi Department of Education's ("MDE") Motion to Dismiss [36]. On January 21, 2021, the Court dismissed all claims against MDE with prejudice. [22] at 10. Plaintiff James Garland then filed an Amended Complaint [23] re-asserting claims against MDE. Because the Court already dismissed all claims against MDE *with prejudice*, the Motion to Dismiss [36] is GRANTED.

SO ORDERED AND ADJUDGED this the 2nd day of November, 2021.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT